**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

JS-6

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 09-02076 SJO (JTLx)          **DATE:** June 11, 2009

**TITLE:** Shaquawn D. Schasa v. Washington Mutual Bank FA, et al,,

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**        **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                   Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of plaintiff's notice of dismissal without prejudice filed on 6/09/09 [21]. Accordingly, the Court orders this matter dismissed pursuant to said notice of dismissal.